Otto Doepfner, Appellant, v. Lamont M. Bowers, Respondent. Henry F. Elias and Robert F. Elias, Sureties, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Amy N. Frank and Harry Mack, Respondents, v. William Carter and Others, Defendants. Frank H. Curry, Purchaser, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Celia Cohen, Appellant, v. Joseph Cohen, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion,

Harry Rothstein, Respondent, v. Samuel L. Bruck, Appellant, Impleaded with Samuel Abramson and Samuel A. Potter, Doing Business as Copartners under the Firm Name of Abramson & Potter.— Order reversed and motion granted on conditions stated in memorandum; in default of compliance, order affirmed, with ten dollars costs and disbursements. Memorandum per curiam. Settle order on notice.

Headley M. Greene, Respondent, v. Hattie A. Greene, Appellant.— Order modified as stated in memorandum, and as modified affirmed, without costs. Memorandum per curiam. Settle order on notice.

In the Matter of the Application of Martin L. Ungrich for the Payment of Certain Moneys under the Trust Created by the Will of Henry Ungrich, Deceased. Martin L. Ungrich, Respondent, v. Henry Ungrich, Jr., and Martin Ungrich, Individually, and as Executors of and Trustees under the Last Will and Testament of Henry Ungrich, Deceased, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Elias A. Cohn, Respondent, v. Alice S. Levy, Appellant, Impleaded with Charles Compton and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of J. Edward Cramsey, Respondent, for the Removal of Maria P. Sterling, Appellant, and Hannah E. Brown, as Executrices and Trustees under the Last Will and Testament of Harriet Cramsey, Deceased. — Order affirmed, with ten dollars costs and disbursements. No opinion.

Elizabeth McM. Godley, Respondent, v. Crandall & Godley Company and Lyman F. Pettee, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. (Ingraham and Houghton, JJ., dissenting.)

Patrick Kennedy, Respondent, v. John Wanamaker, New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Katie Kratt, Respondent, v. Charles Kratt, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People's National Bank of Pittsburg, Respondent, v. John C. Sheehan, Appellant, and Henry J. Wernberg and John J. O'Brien, Defendants, Surviving Partners of the Firm of Wernberg, Sheehan & Co.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Jack Merrill, Respondent, v. Thomas A. Nevins, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.